UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

DELONNY DAVIS,

                                                        *Plaintiff,*

                        -against-

NYPD OFFICER NIKOLAOS LIANDRAKIS, shield number 14803, in his individual capacity; NYPD OFFICER SHAMARI ROBERTS, shield number 14926, in his individual capacity; NYPD OFFICER PRONAB ADHIKARY, shield number 24176, in his individual capacity; NYPD OFFICER ERNEST HERNANDEZ, Tax ID number 951815, in his individual capacity; NYPD OFFICER MINZHONG ZHU, Tax ID number 953605, in his individual capacity; NYPD OFFICER ELVIS RIVERA, shield number 14648, in his individual capacity; NYPD OFFICER ANDREW MAHONEY, shield number 3150, in his individual capacity; NYPD OFFICER NAZIR NAZARY, shield number 7169, in his individual capacity; NYPD CHIEF OF DEPARTMENT JOHN CHELL; NYPD DEPUTY COMMISSIONER KAZ DAUGHTRY; John Does #1-10; Richard Roes #1-10, and THE CITY OF NEW YORK,

                                                        *Defendants.*

------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

25 Civ. 8501 (CM)

        **PLEASE TAKE NOTICE** that **KATHLEEN D. REILLY**, Senior Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Steven Banks, attorney for defendants the City of New York, Shamari Roberts, Pronab Adhikary, Ernest Hernandez, Minzhong Zhu, Elvis Rivera, Andrew Mahoney, Nazir Nazary, John Chell, and Kaz Daughtry in this action, and requests that all papers and future notifications in this action be served upon the undersigned at the address stated below and copied to ecf@law.nyc.gov.

Dated:     New York, New York
           April 1, 2026

                                       STEVEN BANKS
Corporation Counsel
        of the City of New York
*Attorney for Defendant City*
100 Church Street
New York, New York 10007
(212) 356-2368
kareilly@law.nyc.gov

By:          _____
              KATHLEEN D. REILLY
              Senior Counsel
              Special Federal Litigation Division

cc:     **By ECF**: *All counsel of Record*