WYLIE STECKLOW PLLC
LAWYERS FOR THE REST OF US.COM

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
ECF@wylielaw.com

July 15, 2026

**VIA ECF**
Honorable Judge Sarah Cave
Southern District of New York
New York, N.Y. 10007

Re: *Davis v. Liandrakis, et al,* 25-cv-8501(CM)(SLC)

Dear Judge Cave:

Please recall that I am co-counsel, along with Andrew Celli and Hannah Brudney of Emery Celli Abady Brinckerhoff Ward & Maazel LLP, for the plaintiff in the above referenced matter. I am writing today on behalf of all parties to share that the parties have reached a settlement in principle. We hope to have stipulations and settlement paperwork uploaded to the docket by the end of this week or next week. Since the case is on for a settlement conference on July 27, 2026, we wanted to alert the court as soon as we had an agreed upon settlement number.

Respectfully submitted,

Wylie M. Stecklow

cc: All co-counsel and adversary via ecf