UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x

DELONNY DAVIS,

Plaintiff,

-against-

NYPD OFFICER NIKOLAOS LIANDRAKIS, shield number 14803, in his individual capacity; NYPD OFFICER SHAMARI ROBERTS, shield number 14926, in his individual capacity; NYPD OFFICER PRONAB ADHIKARY, shield number 24176, in his individual capacity; NYPD OFFICER ERNEST HERNANDEZ, Tax ID number 951815, in his individual capacity; NYPD OFFICER MINZHONG ZHU, Tax ID number 953605, in his individual capacity; NYPD OFFICER ELVIS RIVERA, shield number 14648, in his individual capacity; NYPD OFFICER ANDREW MAHONEY, shield number 3150, in his individual capacity; NYPD OFFICER NAZIR NAZARY, shield number 7169, in his individual capacity; NYPD CHIEF OF DEPARTMENT JOHN CHELL; NYPD DEPUTY COMMISSIONER KAZ DAUGHTRY; John Does #1-10; Richard Roes #1-10, and THE CITY OF NEW YORK,

Defendants.

---------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

25 Civ. 8501 (CM)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
July 16, 2026

WYLIE STECKLOW PLLC
*Attorneys for Plaintiff*
152 W. 57th Street, 8th Floor
New York, NY 10019
212.566.8000

By: ______________________
Wylie Stecklow
*Attorney for Plaintiff*

Emery Celli Brinckerhoff Abady Ward & Maazel
*Attorneys for Plaintiff*
One Rockefeller Plaza, 8th Floor
New York, NY 10020
212.763.5000

By: ______________________
Andrew G. Celli, Jr.
*Attorney for Plaintiff*

STEVEN BANKS
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Roberts, Adhikary, Hernandez, Zhu, Rivera, Mahoney, Nazary, Chell, and Daughtry*
100 Church Street, 3rd Floor
New York, New York 10007

By: Kathleen D. Reilly
Kathleen D. Reilly
*Senior Counsel*

LaBarbara & Associates P.C.
*Attorneys for Defendant Liandrakis*
111 John Street, Suite 640
New York, NY 10038
212.964-8038

By: Doug LaBarbara
Doug LaBarbara
*Attorney for Defendant Liandrakis*

SO ORDERED:

______________________
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

Dated: ______________, 2026